## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

MARILYN JOHNSON,  Case No. 0:10-CV-02305 DWF/JJG

    Plaintiff,

v.  **DEFENDANT'S MOTION FOR SANCTIONS**

DIVERSIFIED ADJUSTMENT
SERVICE, INC.,

    Defendant.

---

Defendant hereby moves the Court for an award of sanctions against Plaintiff's attorney.  Said motion is based on the Federal Rules of Civil Procedure, the Fair Debt Collection Practices Act, the accompanying Memorandum of Law, affidavits, and exhibits, and on Plaintiff's attorney bringing this bad faith, frivolous lawsuit for the purpose of harassment.

        **BASSFORD REMELE**
        *A Professional Association*

Dated:  January 13, 2011    By s/ Jessica S. Williams
        Michael A. Klutho (License #186302)
        Jessica S. Williams (License #313993)
        Attorneys for Defendant
        33 South Sixth Street, Suite 3800
        Minneapolis, Minnesota  55402-3707
        (612) 333-3000
        mklutho@bassford.com
        jwilliams@bassford.com