**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| MARILYN JOHNSON, | Case No. 0:10-CV-02305 DWF/JJG |
| Plaintiff, | |
| v. | **RULE 7.1(c) WORD COUNT COMPLIANCE** |
| DIVERSIFIED ADJUSTMENT SERVICE, INC., | |
| Defendant. | |

---

The undersigned, counsel for Defendant, in accordance with Local Rule 7.1, certifies as follows:

(1) That DEFENDANT'S MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR SANCTIONS was prepared in 13-point, proportionately spaced typeface, using Microsoft Word 2003; and

(2) That DEFENDANT'S MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR SANCTIONS contains 1,182 words, based upon a word processing count that was designed to include all texts, including headings, footnotes, and quotations.

Dated:  February 15, 2011          By s/ Jessica Schulte Williams
                                     Michael A. Klutho (License #186302)
                                     Jessica Schulte Williams (License #313993)
                                   Attorneys for Defendant
                                   33 South Sixth Street, Suite 3800
                                   Minneapolis, Minnesota  55402-3707
                                   Telephone:   (612) 333-3000
                                   Facsimile:    (612) 333-8829
                                   mklutho@bassford.com
                                   jwilliams@bassford.com